An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

ANTHONY ALVAREZ,
              Appellant,
vs.
WIMBLEDON TENNIS CLUB
HOMEOWNERS ASSOCIATION,
              Respondent.

No. 65795

**FILED**

JUL 08 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

*ORDER DISMISSING APPEAL AND REFERRING COUNSEL TO THE STATE BAR OF NEVADA FOR INVESTIGATION*

On May 26, 2015, this court entered an order conditionally imposing sanctions on appellant's counsel, David Lee Phillips, for his failure to file the transcript request form and the docketing statement. We also noted that the opening brief and appendix were overdue. We directed Mr. Phillips to pay the sum of $250 to the Supreme Court Law Library and provide this court with proof of such payment within 15 days. However, the sanction would be automatically vacated if Mr. Phillips filed the required documents or a motion for an extension of time within 11 days. We cautioned Mr. Phillips that failure to comply with our order or other filing deadlines would result in dismissal of this appeal. We further cautioned that failure to comply would also result in Mr. Phillips's referral to the State Bar of Nevada for investigation pursuant to SCR 104-105 for violations of RPC 1.3 (diligence), RPC 3.2(a) (expediting litigation), and RPC 8.4 (misconduct).

To date, Mr. Phillips has failed to pay the sanction, file any of the required documents, respond to our order, or otherwise communicate with this court. Accordingly, we conclude that the sanction is no longer

15-20708

conditional. Mr. Phillips shall pay the sum of $250 to the Supreme Court Law Library within 11 days of the date of this order and provide proof of such payment within 15 days. We dismiss this appeal, and we hereby refer Mr. Phillips to the State Bar of Nevada for investigation.

It is so ORDERED.

_____, J.
Parraguirre

_____, J.
Douglas

_____, J.
Cherry

cc:    Hon. Kerry Louise Earley, District Judge
       Kathleen J. England, Settlement Judge
       David Lee Phillips & Associates
       Stephenson & Dickinson
       Eighth District Court Clerk
       Supreme Court Law Librarian
       David A. Clark, Bar Counsel